UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IDEAL CLAMP PRODUCTS, INC. and IDEAL INTERNACIONAL, S.A., | ) ) ) |
| Plaintiffs, | ) ) Case No. 3:14-cv-00098 |
| v. | ) ) Judge John T. Nixon ) Magistrate Judge Knowles |
| TREY INDUSTRYS, | ) ) |
| Defendant. | ) ) |

## ORDER OF VOLUNTARY DISMISSAL

Upon Plaintiffs' filing of their written Notice of Voluntary Nonsuit, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims in this action against the Defendant are dismissed.

So ORDERED and ENTERED this 17th day of April, 2014.

_____
Judge John T. Nixon

**APPROVED FOR ENTRY:**

s/ Lynn C. Tyler
Robert E. Boston (TN Bar No. 9744)
Mark M. Bell (TN Bar No. 29048)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
Fax: (615) 244-6804
bob.boston@wallerlaw.com
mark.bell@wallerlaw.com